# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-857-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| APPROXIMATELY $21,481 IN FUNDS, | )<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| DEREK JUSTIN HYPPOLITE, | )<br>) |
| Claimant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Unopposed Stay" (Document No. 11) filed May 24, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting no objection from Government's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Unopposed Stay" (Document No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a "Status Report and Proposed Scheduling Order on or before **July 25, 2018**. <u>See</u> (Document No. 9).

**SO ORDERED**.

Signed: May 24, 2018

David C. Keesler
United States Magistrate Judge