**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-857-MOC-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **APPROXIMATELY $21,481 IN FUNDS,** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| and ) | |
| ) | |
| **DEREK JUSTIN HYPPOLITE,** ) | |
| ) | |
| **Claimant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding the parties' Status Reports (Document Nos. 14 and 16). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that the parties have not fully complied with the Court's Orders. The recent Status Reports were filed well after the July 25, 2018 deadline set by the Court, and neither side included a proposed scheduling order. See (Document Nos. 9 and 12).

The parties are respectfully advised that under the circumstances of this case, the Court is not inclined to hold a pretrial or status conference at this time.

Instead, the undersigned will *again* order the parties to file proposed scheduling orders. A proposed scheduling order may be filed jointly or separately, and should include: a description of what, if any, discovery either party seeks to conduct, and a deadline for such discovery; a proposed deadline for dispositive motions to be filed; and a proposed ready date for trial.

**IT IS, THEREFORE, ORDERED** that the **STAY** of this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that the parties shall file Proposed Scheduling Orders on or before **September 14, 2018**.

The Clerk of Court is directed to send a copy of this Order to the Claimant, who is appearing pro se, by certified U.S. Mail, **return receipt requested**.

**SO ORDERED**.

Signed: August 27, 2018

David C. Keesler
United States Magistrate Judge