# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-857-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY $21,481 IN FUNDS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| DEREK JUSTIN HYPPOLITE, ) | |
| ) | |
| Claimant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff's attorney filed a "Notice Of Settlement" (Document No. 18) notifying the Court that the parties reached a settlement on September 14, 2018. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **October 18, 2018**.

**SO ORDERED**.

Signed: September 18, 2018

David C. Keesler
United States Magistrate Judge