UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00857-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **APPROXIMATELY $21,481 IN FUNDS**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion for Consent Order Third Party Claim. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Consent Order Third Party Claim (#24) is **GRANTED**, and the Consent Order for Third Party Claim (#24-1) is incorporated herein by reference as if fully set forth.

Signed: October 23, 2018

Max O. Cogburn Jr
United States District Judge

-1-