UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 3:16-cv-00857-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| **APPROXIMATELY $21,481 IN FUNDS SEIZED DURING A SEARCH OF DEREK JUSTIN HYPPOLITE AT THE CHARLOTTE DOUGLAS INTERNATIONAL AIRPORT,** | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** having come before the Court upon the government's Motion for Entry of Default Judgment (#28). Review of the pleadings reveals the Clerk of Court has previously entered Default (#27) as to the remaining funds in the amount of $13,963, that Notice of the proceeding has been provided in accordance with law, that no claims against such remainder Defendant have been made within the time allowed, that the requested Default Judgment is for a sum certain, and that the United States of America is now entitled to all right, title, and interest in the remaining Defendant funds. Based on such findings, the Court enters the following Default Judgment.

**DEFAULT JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the government's Motion for Entry of Default Judgment (#28) is **GRANTED** and **DEFAULT JUDGMENT** is **ENTERED** in favor of the United States of America and against the remaining Defendant, which is **APPROXIMATELY $13,963 IN FUNDS,** providing that all right, title, and

1

interest of all persons in the world in or to the **APPROXIMATELY $13,963 IN FUNDS** seized from Justin Hyppolite is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

This action is terminated.

Signed: November 7, 2018

Max O. Cogburn Jr
United States District Judge

2